**No. 25-3826**

## IN THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

CITY OF HUNTINGTON BEACH, a California Charter City, and Municipal Corporation; PARENT, 1A, 2A, 3A, 4A, 5A, 6A, 7A, 8A, 9A, 10A,
*Plaintiffs-Appellants*,

v.

GAVIN NEWSOM, in his official capacity as Governor of the State of California; ROB BONTA, in his official capacity as Attorney General of the State of California; TONY THURMOND, in his official capacity as California State Superintendent of Public Instruction,
*Defendants-Appellees.*

On Appeal from the United States District Court
for the Central District of California
No. 8:24-cv-02017-CBM-JDE; Hon. Consuelo B. Marshall

## DECLARATION IN SUPPORT OF PLAINTIFFS-APPELLANTS' EMERGENCY MOTION UNDER CIRCUIT RULE 27-3 FOR PRELIMINARY INJUNCTION PENDING APPEAL

## <u>IMMEDIATE INTERIM RELIEF REQUESTED BY JULY 21, 2025</u>

Michael J. Vigliotta
  City Attorney
OFFICE OF THE CITY ATTORNEY
2000 Main Street, P.O. Box 190
Huntington Beach, CA 92648
Telephone: (714) 536-5555
mvigliotta@surfcity-hb.org

*Counsel for Plaintiff-Appellant*
*City of Huntington Beach,*
*a California Charter City, and*
*Municipal Corporation*

*\*Additional counsel on next page*

Gene C. Schaerr
Stephanie L. Freudenberg
Justin A. Miller
SCHAERR | JAFFE LLP
1717 K Street NW, Suite 900
Washington, DC 20006
Telephone: (202) 787-1060
gschaerr@schaerr-jaffe.com

Donald M. Falk
SCHAERR | JAFFE LLP
One Embarcadero Ctr., Ste. 1200
San Francisco, CA 94111
Telephone: (415) 562-4942

*Counsel for Plaintiffs-Appellants*

Nicholas Barry
Ian Prior
AMERICA FIRST LEGAL
FOUNDATION
611 Pennsylvania Ave. S.E., #231
Washington, DC 20003
(202) 964-3721

*Counsel for Plaintiffs-Appellants*

I, Stephanie L. Freudenberg, declare as follows:

1.     I am an attorney duly licensed to practice law in the District of Columbia and before this Court. My D.C. Bar number is 1656482. I am an attorney at the law firm Schaerr Jaffe LLP. I have been retained by the Plaintiffs/Appellants City of Huntington Beach, a California Charter City, and Municipal Corporation, and Parents 2A, 3A, 4A, 5A, 6A, 7A, 8A, and 10A (collectively, "Plaintiffs") in this matter.

2.     I submit this declaration in support of Plaintiffs' Emergency Motion Under Circuit Rule 27-3 for Preliminary Injunction Pending Appeal. If called upon as a witness, I could and would competently testify thereto.

3.     I contacted the Parent Plaintiffs, who informed me that their children would begin school on July 21, August 11, August 20, and August 27, 2025.

4.     The Parent Plaintiffs appear pseudonymously with the leave of the district court. ECF 78.

5.     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: July 7, 2025

Respectfully submitted,

*/s/ Stephanie L. Freudenberg*
Stephanie L. Freudenberg
SCHAERR | JAFFE LLP
1717 K Street NW, Suite 900
Washington, DC 20006
Telephone: (202) 787-1060
sfreudenberg@schaerr-jaffe.com

2