|  | FILED |
|---|---|
| UNITED STATES COURT OF APPEALS | JUL 18 2025 |
| FOR THE NINTH CIRCUIT | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| CITY OF HUNTINGTON BEACH, ET AL., | No. 25-3826 |
|---|---|
| Plaintiffs-Appellants, | D.C. No. 8:24-cv-02017-CBM-JDE<br>Central District of California,<br>Santa Ana |
| v. | |
| GAVIN NEWSOM, ET AL., | ORDER |
| Defendants-Appellees. | |

In their "Emergency Motion Under Circuit Rule 27-3 for Preliminary Injunction Pending Appeal" (Dkt. 9), Plaintiffs-Appellants include an additional specific request for "immediate interim relief . . . by July 21, 2025." That request for immediate interim relief by July 21, 2025 is DENIED. *See* RUTTER GROUP PRACTICE GUIDE: FEDERAL NINTH CIRCUIT CIVIL APPELLATE PRACTICE § 6:642 (April 2025 Update) (noting that if a party has not sought assertedly emergency relief with appropriate dispatch, "the court may be unwilling to employ its emergency procedures"). All other aspects of Plaintiffs-Appellants' motion remain pending. Defendants-Appellees' opposition to that motion has been filed, and Plaintiffs-Appellants' optional reply is therefore due by July 24, 2025. *See* FED. R. APP. P. 27(a)(4). The parties shall also notify this court forthwith if the district court issues its ruling on the pending motion in the district court for a preliminary injunction pending appeal or if the district court unreasonably delays in issuing its

ruling. *Cf.* FED. R. APP. P. 8(a)(1)(C) (noting that a party "must ordinarily move first in the district court" for "an order . . . granting an injunction while an appeal is pending").

    This order is entered by the undersigned at the direction of the assigned panel.

                                              FOR THE COURT:

                                              MOLLY C. DWYER
                                              CLERK OF COURT