No. 25-3826

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

———————————

CITY OF HUNTINGTON BEACH, *et al*.,
*Plaintiffs-Appellants*,

V.

GAVIN NEWSOM, *et al*.,
*Defendants-Appellees*.

———————————

**On Appeal from the United States District Court
for the Central District of California**
No. 8:24-cv-02017-CBM (JDEx)
Hon. Consuelo B. Marshall, District Judge

———————————

**DEFENDANTS-APPELLEES' OPPOSITION TO PLAINTIFFS'
MOTION FOR RECONSIDERATION OF PRELIMINARY
INJUNCTION PENDING APPEAL**

———————————

ROB BONTA
  *Attorney General of California*
SAMUEL T. HARBOURT
  *Solicitor General of California*
HELEN H. HONG
  *Principal Deputy Solicitor General*
CHERYL L. FEINER
  *Senior Assistant Attorney General*
JOSHUA A. KLEIN
  *Supervising Deputy Solicitor
    General*

JULIE VEROFF
  *Deputy Solicitor General*
DARRELL W. SPENCE
  *Supervising Deputy Attorney General*
JENNIFER A. BUNSHOFT
KEVIN L. QUADE
  *Deputy Attorneys General*

STATE OF CALIFORNIA
DEPARTMENT OF JUSTICE
455 Golden Gate Avenue, Suite 11000
San Francisco, CA  94102-7004
 (415) 510-3776
Julie.Veroff@doj.ca.gov
  *Attorneys for Defendants-Appellees*

March 16, 2026

## OPPOSITION TO MOTION FOR RECONSIDERATION

This Court has twice denied plaintiffs' request for a preliminary injunction pending appeal—first, in September 2025, when it denied the motion plaintiffs filed in July 2025 on behalf of the City of Huntington Beach and eight of the parent plaintiffs, and second, in February 2026, when it denied the renewed motion plaintiffs filed in November 2025 on behalf of one parent plaintiff. *See* C.A. Dkts. 42, 53. Plaintiffs now ask this Court in a one-paragraph motion to reconsider its prior orders in light of the Supreme Court's interim decision in *Mirabelli v. Bonta*, 607 U.S. __, 146 S. Ct. 797 (2026), and enter a preliminary injunction pending appeal as to seven of the parent plaintiffs. *See* C.A. Dkt. 58. The motion should be denied.

To start, Plaintiffs' motion for reconsideration is procedurally improper in at least two respects. First, plaintiffs' counsel did not contact defendants' counsel before filing the motion to alert them to the motion and obtain their position. *Contra* 9th Cir. Advisory Comm. Note to Rule 27-1, sec. (5) ("Unless precluded by extreme time urgency, counsel are to make every attempt to contact opposing counsel before filing any motion and to either inform the Court of the position of opposing counsel or provide an explanation regarding the efforts made to obtain that position."). Second, the motion is out of time. *See* Cir. R. 27-10(a)(2) ("Unless the time is shortened or expanded by order of this Court, a

1

motion for . . reconsideration . . . of a court order that does not . . conclude proceedings in this Court must be filed within 14 days after entry of the order"). The proper course of action under this Court's rules would have been for plaintiffs to seek an order expanding the time to file a motion for reconsideration or file a new motion for a preliminary injunction pending appeal. The latter approach would be especially appropriate here, where plaintiffs' initial motion—including their claims of irreparable harm—was filed more than eight months ago. *See* C.A. Dkt. 9.

In any event, plaintiffs' motion for reconsideration should be denied for the reasons set forth in defendants' opposition to plaintiffs' motion for preliminary injunction pending appeal, defendants' opposition to plaintiffs' renewed motion for preliminary injunction pending appeal as to parent 7A, the panel's orders denying those two motions, and defendants' supplemental brief regarding the Supreme Court's recent emergency docket decision in *Mirabelli*. *See* Dkts. 17, 42, 50, 53, 55. Defendants accordingly respectfully ask that the Court deny the motion for reconsideration.

2

Dated:  March 16, 2026

Respectfully submitted,

*s/ Julie Veroff*

ROB BONTA
  *Attorney General of California*
SAMUEL T. HARBOURT
  *Solicitor General*
HELEN H. HONG
  *Principal Deputy Solicitor General*
CHERYL L. FEINER
  *Senior Assistant Attorney General*
JOSHUA A. KLEIN
  *Supervising Deputy Solicitor General*
JULIE VEROFF
  *Deputy Solicitor General*
DARRELL W. SPENCE
  *Supervising Deputy Attorney General*
JENNIFER A. BUNSHOFT
KEVIN L. QUADE
  *Deputy Attorneys General*

  *Attorneys for Defendants-Appellees*

3

## CERTIFICATE OF COMPLIANCE

This brief complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(B) and Local Rules 27-1(d) and 32-3 because it contains 426 words. This brief also complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 32(a)(5)-(6) because it was prepared using Microsoft Word in Times New Roman 14-point font.

Dated: March 16, 2026          s/ *Julie Veroff*
JULIE VEROFF
*Deputy Solicitor General*